CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JAN 21 2025

LAURA A. AUSTIN, CLERK
BY: M. Poff

| | For Clerk's Office Use |
|---|---|
| Judge | Recd Date | Grv. |
| Roanov | | |

For use by inmates in filing a complaint under CIVIL RIGHTS ACT, 42 USC §1983

INMATE NAME: Euphrates Earl Bean

PRISONER NO.: 2037644

PLACE OF CONFINEMENT: Pocahontas State Correctional Center

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Euphrates Earl Bean
Enter Full Name       Plaintiff

VS.

City of Richmond, VA; Jason S. Miyares; Matthew J. Beyrau; Jerrauld C. Jones; George E. Schaefer
Enter Full Name(s)       Defendant(s)

CIVIL ACTION NO. 7:25cv00051

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  ✓ Yes       ___ No

B. If your answer to A is Yes, describe the action in the space below:

  1. Parties to the Action: Kristin Paulding Esq. for Euphrates Bean vs. Jason S. Miyares; Matthew J. Beyrau

  2. Court: Court of Appeals of Virginia

  3. Docket No.: 0307-22-1

  4. Judge: Raphael, AtLee, and Humphreys

  5. Disposition: Ruling of Circuit Court Affirmed. The case was appealed to the Supreme Court of VA
  (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

  Yes ✓       No ___

  1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures. Due to a recent transfer my documents are being searched by the prison and evidence is unavailable at the moment.

  2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

Feb. 18, 2022 I wrote a letter to George E. Schaefer/Norfolk Circuit Court requesting an extension of time in which to file transcripts for "good cause" due to Covid restrictions in the Jail. I received no response.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

Dec. 13, 2022 I received per curiam a memorandum affirming the Norfolk Circuit Court's ruling, from the Court of Appeals of Virginia. Ironic, the reason was "due to no transcript." I never received adequate notice that the transcript was needed see Va. Sup. Ct. R. 5A:7 + 5A:3

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

Superviser Liability on behalf of The City of Richmond, Jason S. Miyares and Jerrauld C. Jones

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes:

I seek a fair appeal and Compensated financially as this Court prescribes from each defendant's individual and/or official capacity!!

SIGNED THIS 11th DAY OF December, 2024.

#2037644
(Signature of Each Plaintiff)

**VERIFICATION:**

I, Euphrates Earl Bean #2037644, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: Dec. 11, 2024   SIGNED: Euphrates Earl Bean #2037644

- Claim #4
    18 U.S.C §242 Deprivation of Rights Under Color of Law

- Claim #5
    Breach of Contract In Accordance With Article I, section X, "No State shall...pass any... Law impairing the "obligation of contracts." I had a contract with the courts for a fair and impartial appeal.

- Claim #6
    7th Amendment "any controversy that exceeds $20... the right to a trial by jury shall ~~not be~~ be granted"

VA DOC CMDC
Euphrates Earl Bean #2037644
3521 Woods Way
State Farm, VA 23160

AHY's Pride

NWCS

VADOC has neither censored nor inspected this item and assumes no responsibility for its content

CHARLESTON WV 250
19 DEC 2024 PM 2 L

US POSTAGE PITNEY BOWES
ZIP 24635
02 7W  $ 000.97
0008034568 DEC 18 2024

Richmond City Hall / Legal Dept.
900 E. Broad Street
Richmond, VA 23219

23219-190700



OFFICE OF THE CITY ATTORNEY
CITY OF RICHMOND
900 EAST BROAD STREET, SUITE 400
RICHMOND, VIRGINIA 23219



FIRST-CLASS

US POSTAGE ᴍᴠᴘ PITNEY BOWES

ZIP 23219
02 7W     $ 000.97⁰
0008029158 JAN 16 2025

RECEIVED

JAN 2 1 2025

USDC Clerk's Office
Mail Room

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208

240112208 C001